UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRY MOSLEY,

                Plaintiff(s),

        v.

NETFLIX LONG TERM DISABILITY PLAN, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

                Defendant(s).
                                        /

CASE NO. CV 10-03556 SBA

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)    (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: November 29, 2010

                                      *s/ Constantin V. Roboostoff*
                                      Constantin V. Roboostoff
                                      Attorneys for Plaintiff Sherry Mosley

Dated: November 29, 2010

                                      *s/ Dennis G. Rolstad*
                                      Dennis G. Rolstad
                                      Attorneys for Defendants
                                      Hartford Life And Accident Insurance
                                      Company and The Group Long Term
                                      Disability Plan For Employees of Netflix

American LegalNet, Inc.
www.USCourtForms.com

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

>	*s/ Dennis G. Rolstad*
>	Dennis G. Rolstad

American LegalNet, Inc.
www.USCourtForms.com

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 11/30/10

*Sandra B. Armstrong*
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com