1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Dennis G. Rolstad, SBN 150006
2  dennis.rolstad@sdma.com
   Erin A. Cornell, SBN 227135
3  erin.cornell@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, CA  94105-1008
5  Telephone:    415.781.7900
   Facsimile:    415.781.2635
6
   Attorneys for Defendants
7  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY and THE GROUP LONG TERM DISABILITY
8  PLAN FOR EMPLOYEES OF NETFLIX, Erroneously
   Sued as Netflix Long Term Disability Plan
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHERRY MOSLEY, | **CASE NO. C10-03556 SBA** |
|---|---|
| Plaintiff, | ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| NETFLIX LONG TERM DISABILITY PLAN, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

In accordance with the parties' Stipulation For Dismissal of Entire Action with Prejudice, it is hereby ORDERED that this entire action is dismissed with prejudice, including the complaint and any and all cross-claims or counter-claims, each party to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  __3/9/11

_____
Honorable Saundra B. Armstrong

SF/2121066v1

-1-    CASE NO. C10-03556 SBA
[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE